IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ERVIN SINGLETON,

   Plaintiff,

v.                                                                                          CIVIL ACTION NO.: CV206-200

GLYNN COUNTY DETENTION
CENTER; JOHN WOOTEN, MELVIN
BROOKS, JASON CLARK,
and BRIAN GARDNER,

   Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against the Glynn County Detention Center are **DISMISSED**.

**SO ORDERED**, this 1st day of Dec, 2006.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)