IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ERVIN SINGLETON,

    Plaintiff,

v.

JOHN WOOTEN; MATTHEW BROOKS, JASON CLARKE, and TIMOTHY GARDNER,

    Defendants.

CIVIL ACTION NO.: CV206-200

### ORDER

In a letter to the Clerk, Plaintiff seeks to correct the names of Defendants Melvin Brooks, Jason Clark, and Brian Gardner. Plaintiff's motion is **GRANTED**. The Clerk is authorized and directed to change the names of said Defendants to *Matthew* Brooks, Jason *Clarke*, and *Timothy* Gardner upon the docket and record of this case.

**SO ORDERED**, this 2 day of March, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)