IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ERVIN SINGLETON,

    Plaintiff,

v.

JOHN WOOTEN; MATTHEW
BROOKS, JASON CLARKE,
and TIMOTHY GARDNER,

    Defendants.

CIVIL ACTION NO.: CV206-200

## ORDER

After an independent review of the record, the Court concurs with the Report and Recommendation of the Magistrate Judge, to which objections have been filed. In his objections, Plaintiff appears to contend that he did exhaust his administrative remedies against Defendants Wooten, Brooks, Clarke, and Gardner. Plaintiff submits a copy of an inmate grievance request detailing the alleged assault by Defendants Wooten, Brooks, Clarke, and Gardner. Indeed, Plaintiff's submission does evidence that he submitted a completed grievance form relating to the August 12 incident. However, Plaintiff fails to allege or offer any evidence that he appealed his grievance to the undersheriff, the second step required by the Glynn County Detention Center's administrative remedy procedure. Without such evidence, Plaintiff fails to establish the existence of a genuine material fact as to the exhaustion of remedies.

Plaintiff's objections are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. Defendants' Motion for Summary Judgment is hereby **GRANTED** and Plaintiff's Complaint is hereby **DISMISSED** without prejudice, due to Plaintiff's failure to exhaust his administrative remedies prior to filing his complaint.

**SO ORDERED**, this 6th day of July, 2007.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA