IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ERVIN SINGLETON,

    Plaintiff,

v.

JOHN WOOTEN; MATTHEW BROOKS;
JASON CLARKE; and TIMOTHY
GARDNER;

    Defendants.

CASE NO. CV206-200

## ORDER

Before the Court is Plaintiff's Motion for Oral Argument. (Doc. 37.) After careful consideration, the Court cannot discern any reason to disturb its prior order (Doc. 35) and the motion is **DENIED**. The Court closed this case nearly five years ago and has since denied Plaintiff's motion to reopen case. (Doc. 35.) The record indicates that the copy of prior order mailed to Plaintiff was returned as undeliverable. (Doc. 36.) In Plaintiff's current motion, the address provided differs from that currently on record. (Doc. 37.) The Court reminds Plaintiff that "[e]ach attorney and pro se litigant has a continuing obligation to apprise the Court of any address change." S.D. Ga. L.R. 11.1; accord Bazemore v. United States, 292 F. App'x 873, 875 n.4 (11th Cir. 2008)

(unpublished). Indeed, if Plaintiff's address has changed, he must notify the Court. The Clerk of Court is **DIRECTED** to forward a copy of this order and the March 31, 2011 order (Doc. 35) to both the address on record and also the address supplied by Plaintiff in his current motion (Doc. 37).

SO ORDERED this 18th day of April 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA